**BERNARD CAP COMPANY, INC., Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

No. 2010–1353.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2011.

Marc Lamer, Kostos and Lamer, P.C., of Philadelphia, PA, for appellant.

Jacob A. Schunk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before BRYSON, DYK, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**